IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JENNIFER MCLEMORE,

    Petitioner,

v.                                             4:17cv331–WS/EMT

WARDEN COIT,

    Respondent.

_____

ORDER DENYING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (doc. 10) docketed April 30, 2018. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be denied. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 10) is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's § 2241 petition for writ of habeas corpus is DENIED.

3. The clerk is directed to enter judgment stating: "The petitioner's § 2241 petition for writ of habeas corpus is DENIED."

DONE AND ORDERED this ___5th___ day of ___June___, 2018.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE